Order issued November 7, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00737-CR

**JOHN AUBREY HASSELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Bridges, Richter, and Murphy

Appellant's July 6, 2012 motion for rehearing is **DENIED**.

DAVID L. BRIDGES
JUSTICE